## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| **JOHN NANNI,   ,** : | |
| : | |
| *Plaintiff*, : | |
| v. : | **Civ. Act. No. 1:24-cv-771 RGA** |
| : | |
| **GLYNRICH PROPERTIES, L.P.,** : | |
| : | |
| *Defendant.* : | |

### STIPULATION AND [PROPOSED] ORDER OF
### DISMISSAL WITH PREJUDICE

**WHEREAS** Plaintiff John Nanni filed his Complaint herein on July 1, 2024;

**WHEREAS** the parties have engaged in settlement discussions and have achieved a resolution of the matters placed at issue in the Complaint;

**WHEREAS** the parties jointly request entry of an order dismissing this action with prejudice as part of their mutually-agreed resolution, with each party to bear its own costs herein incurred;

**IT IS HEREBY STIPULATED,** subject to the approval of the Court, that this action be, and hereby is **DISMISSED WITH PREJUDICE,** each party to bear its own costs herein incurred.

Respectfully submitted,

**JACOBS & CRUMPLAR, P.A.**

By: */s/ David T. Crumplar*
David T. Crumplar, Esquire
Jacobs & Crumplar, P.A.
10 Corporate Circle, Suite 301
New Castle, DE 19720
Telephone: (302) 600-1935
Davy@jcdelaw.com

*Counsel for Plaintiff John Nanni*

**O'HAGAN MEYER PLLC**

By: */s/ Alan D. Albert*
Alan D. Albert (DE 6258)
O'Hagan Meyer PLLC
800 North King Street, Plaza Suite 1
Wilmington, DE 19801
Telephone (302) 492-2151
aalbert@ohaganmeyer.com

*Counsel for Defendant Glynrich Properties, L.P.*

Dated: November 5, 2024

**SO ORDERED AT WILMINGTON** this ___5__ day of November, 2024.

/s/ Richard G. Andrews
_____
The Honorable Richard G. Andrews, United States District Judge

2